# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**
May 22, 2019

Lyle W. Cayce
Clerk

No. 18-50745
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

v.

DANIEL FRAUSTO, also known as Daniel Rodriguez-Frausto, also known as
Rodriguez Frausto Daniel, also known as Daniel Rodriguez, also known as
Daniel Frausto-Rodriguez, also known as Daniel R. Frausto, also known as
Daniel Rodriguez Arzate,

Defendant–Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:17-CR-147-1

Before KING, ELROD, and WILLETT, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Daniel Frausto has
moved for leave to withdraw and has filed a brief in accordance with *Anders v.
California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th
Cir. 2011). Frausto has not filed a response. We have reviewed counsel's brief

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 18-50745

and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.